# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE HAYNES, | ) |
| | ) Case No. 8:14cv168 |
| Plaintiff, | ) |
| vs. | ) |
| | ) **FINDINGS AND** |
| PINNACLE LITIGATION GROUP, | ) **RECOMMENDATION** |
| Defendant. | ) |

On October 2, 2014, Plaintiff filed a motion for clerk's entry of default judgment against Defendant. (Filing 6.) On November 5, 2014, Chief Judge Smith Camp issued a Memorandum and Order (filing 8) granting the motion. The default against Defendant was issued on November 6, 2014 (filing 9). The Clerk of the Court mailed a copy of the entry to Defendant at the address listed on Plaintiff's motion. On November 18, 2014, the mailing was returned to the Clerk of Court as undeliverable (filing 10). There has been no further action by Plaintiff.

On July 14, 2015, chambers staff of the undersigned sent an email to Plaintiff's counsel advising that the case remained open. On July 17, 2015, Plaintiff's counsel Pam Car responded:

> With regard to your inquiry below, Plaintiff does not anticipate taking any further action in this case. My recollection is that both the physical address and PO box for this entity turned out to be a packages plus service in California according to the process server. For that reason, I was hoping to avoid incurring any additional attorney fees to pursue an uncollectable judgment. Please let me know if you need to have me file anything in the case to this effect.

On July 20, 2015, chambers staff responded to Ms. Car that if it was Plaintiff's intention not to pursue the case, they should file something to that effect. There has been no further response from Plaintiff.

Based on the above,

**IT IS HEREBY RECOMMENDED** to Chief Judge Laurie Smith Camp that the case be dismissed.

**DATED August 19, 2015.**

        **BY THE COURT:**

        **S/ F.A. Gossett, III**
        **United States Magistrate Judge**