IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE HAYNES,<br><br>           Plaintiff,<br><br>vs.<br><br>PINNACLE LITIGATION GROUP,<br><br>           Defendant. | 8:14CV168<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Findings and Recommendation (Filing No. 11) issued by United States Magistrate Judge F.A. Gossett. The Court has reviewed the Findings and Recommendation as well as the record in this case and concludes that the Findings and Recommendation should be adopted, and this case should be dismissed. Accordingly,

IT IS ORDERED:

1. The Findings and Recommendation (Filing No. 11) issued by United States Magistrate Judge F.A. Gossett are adopted in their entirety; and

2. This above captioned matter is dismissed.

Dated this 21st day of August, 2015

                                                                     BY THE COURT:

                                                                      s/Laurie Smith Camp<br>
                                                                      Chief United States District Judge